**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**Cindy Kempher,**

      *Plaintiff,*

**v.**

**Carolyn Covin, Acting Commissioner of Social Security,**

      *Defendant.*

Case No. 3:14-cv-320
Judge Thomas M. Rose

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES CHIEF MAGISTRATE JUDGE OVINGTON** (DOC. 12)**, OVERRULING PETITIONER'S OBJECTIONS TO THE CHIEF MAGISTRATE'S REPORT AND RECOMMENDATIONS,** (DOC. 13), **DISMISSING COMPLAINT,** (DOC. 2)**, AND TERMINATING CASE.**

---

Pending before the Court are Plaintiff Cindy Kempher's Objections to the Chief Magistrate's Report and Recommendations. (Doc. 13). The Report and Recommendations of United States Chief Magistrate Judge Sharon L. Ovington, (Doc. 12), recommends that the Court affirm the Commissioner's finding of non-disability and that the case be terminated on the docket of the court.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's objections, (Doc. 13), to the Chief Magistrate Judge's Report and Recommendations, (Doc. 12), are not well taken and they are hereby **OVERRULED**. Wherefore, the Court **AFFIRMS** the

Commissioner's finding of non-disability and **ORDERS** the Clerk to terminate the instant case from the docket of the United States District Court, Western Division at Dayton.

    **DONE** and **ORDERED** this Wednesday, January 27, 2016.

                                                  s/Thomas M. Rose
                                      _____
                                                THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE